## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVONNE WORMAN, | |
| Plaintiff | CIVIL ACTION NO. 3:23-CV-01488 |
| v. | (MEHALCHICK, J.) |
| NANCY BARRASSE, et al., | |
| Defendants | |

### ORDER

**AND NOW**, this 27th day of March, 2025, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that the Court will **ADOPT in part** and **REJECT in part** the Reports. Each motion to dismiss filed by defendants are **GRANTED**. Worman's amended complaint is **DISMISSED with prejudice.** The Clerk of Court is directed to close this matter.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**